AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE
CONSTRUCTION INDUSTRY ... et al.,
                   Plaintiff,

v.

STREAMLINE INTEGRATION

                   Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00394-CDS-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**

a Default Judgment is entered against Defendant Streamline Integration for $175,944 as outlined in the [21] Motion and Affidavit filed by the Plaintiffs.

12/12/2022
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk