UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust, et al, <br><br> v <br><br> Streamline Integration | 2:22-cv-00394-RFB <br> _____ <br> Case Number <br><br> AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION |

STATE OF NEVADA )
                 )  ss.
COUNTY OF CLARK  )
_____ )

I, Christopher M. Humes _____ , hereby state on oath:

1.  Judgment for $175,944 _____ , was entered on 12/12/2022 _____ , in the docket of the above entitled

    Court action in favor of: Board of Trustees of the Construction Industry, et al, as Judgment Creditor,

    and against Streamline Integration _____ as Judgment Debtor.

    (IF A REGISTERED JUDGMENT):
    Said Judgment was registered herein under Title 28, U.S.C. Sec. 1963, being a Judgment which
    was obtained in Civil Case No. _____ In the U.S. District Court for the _____
    District of _____ and which has become FINAL.

2.  I am the attorney for said judgment Creditor, and request issuance of a Writ of Execution on the
    Judgment.

3.  ACCRUED since the entry of Judgment are the following sums:
    $ 3,846.93 _____ [1] accrued interest, computed at 14 _____ %*

    $ _____ accrued costs and fees.


*Judgments registered under 28 U.S.C. Sec. 1963 bear the rate of interest of the District of Origin.

_____

[1] This figure shall include interest through the day on which this affidavit is executed.  The calculation of interest due in
the writ will include this figure plus accrued interest commencing the next day through the day the writ is issued by the Clerk.

CREDIT must be given for payments and partial satisfaction in the total amount of

$ 0 _____ which is to be first credited against the total accured interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$ 179,790.93 _____ ACTUALLY DUE on this date. Of this total,

$ 175,944 _____ is the amount of the original Judgment as entered still remaining due and bearing interest at _14__ % in the amount of $ 67.49 _____ PER DAY from this date:

DATED: 2/7/23 _____

_____
Attorney for Judgment Creditor

SUBSCRIBED and SWORN to before me
this  7th _____ day of  February _____ , 2023 _____ .

_____
NOTARY PUBLIC in and for the County of
Clark _____ , State of Nevada.

        (SEAL)

PAULA M. KAY
Notary Public-State of Nevada
APPT. NO. 21-0341-01
My Appt. Expires 01-14-2025

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Board of Trustees of the Construction Industry and
Laborers Health and Welfare Trust, et al,                )    2:22-cv-00394-RFB
                                                          )    _____
v                                                         )              Case Number
                                                          )
Streamline Integration                                    )        WRIT OF EXECUTION
                                                          )

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA:

On 12/12/2022 _____ , a Judgment was entered in the docket of the above-entitled Court and
action, in favor of  Board of Trustees of the Construction Industry, et al.,     as Judgment Creditor,

and against  Streamline Integration _____     as Judgment Debtor, for

$ 175,944 _____        principal,

$ _____                attorney fees,

$ _____                interest, and

$ _____                costs making a total of

$ 175,944 _____        JUDGMENT AS ENTERED.

WHEREAS, according to an affidavit and request for issuance of writ of execution filed herein, it appears
that further sums have accrued since the entry of judgment, to wit:

$3,846.93 _____        accrued interest, and

$ _____                accrued costs and fees, making a total of

$ 3,846.93 _____       ACCRUED INTEREST, COSTS AND FEES.

CREDIT must be given for payments and partial satisfactions in the amount of
$ 0_____ which is to be first credited against the total accured interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$ 179,790.93_____ ACTUALLY DUE on the date issuance of this writ, of which

$ 175,944_____ is due on the Judgment as entered, and bears interest at 14_____ % per annum, in the amount of $ 67.49_____ PER DAY, from the date of entry of judgment to the date of issuance on this writ, to which must be added the accrued costs and fees and the commissions and costs of the officer executing this writ. (Interest rate and amount per day to be completed by attorney.)

Notice by mail of any sale under the writ of execution    ○ Has    ◉ Has Not    been requested. The following named persons have requested such notice of sale:

NAME                    ADDRESS

YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and costs as provided by law and your costs and disbursements out of the personal property of said debtor, except that for any pay period, 75 percent of the disposable earnings of the debtor during this period or for each week of the period 30 times the minimum hour wage prescribed by section 6(a)(1) of the Federal Fair Labor Standards Act of 1938 [29 U.S.C. Sec. 206(a)(1)], and in effect at the time the earnings are payable, whichever is greater, is exempt from any levy of execution pursuant to this writ, and if sufficient personal property cannot be found, then out of his real property; or if the Judgment be a lien upon real property, then out of the real property belonging to such debtor, and make return of this writ within not less than ten (10) days nor more than sixty (60) days after your receipt thereof with what you have done endorsed hereon.

Judgment Creditor/Plaintiff will identify to the U.S. Marshal or his representative assets that are to be seized to satisfy the judgment/order.

YOU ARE FURTHER COMMANDED if necessary, to turn over any property seized under this order to a third party custodian or to the plaintiff. The U.S. Marshal or his representative is authorized to use reasonable force in the execution of this Judgment/Order and the Judgment Creditor/Plaintiff will hold the U.S. Marshals Service harmless of any liability that may be imposed as a result of the execution of the Judgment.

DATED:_____        DEBRA K. KEMPI
                                        Clerk, U.S. District Court

                                        By:_____
                                             Deputy Clerk